UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

MARIO ANTONIO SYDNOR, SR.,

    Defendant.

Case No. 2:21-CR-256
JUDGE EDMUND A. SARGUS, JR.

## ORDER

This matter is before the Court on the Government's Motion to Dismiss the Indictment against Mario Antonio Sydnor, Sr. and purse the charges (and additional) charges in case number 2:21-cr-255. (ECF No. 37.)   The defendant has been included in a Superseding Indictment before the Honorable Michael H. Watson.  The government wishes to dismiss the Indictment without Prejudice against Defendant Mario Antonio Sydnor, Sr.

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure the Indictment against Mario Antonio Sydnor, Sr. is now **DISMISSED without prejudice.**

    IT IS SO ORDERED.

**3/2/2022**                                                                                        s/Edmund A. Sargus, Jr.
**DATED**                                                                         **EDMUND A. SARGUS, JR.**
                                                                              **UNITED STATES DISTRICT JUDGE**